IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ROSALIND BROWN, <br><br> Plaintiff, <br><br> v. <br><br> EOA—ECONOMIC OPPORTUNITY FOR SAVANNAH-CHATHAM COUNTY AREA INC., et al.., <br><br> Defendants. | CIVIL ACTION NO.: 4:25-cv-194 |

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's September 15, 2025, Report and Recommendation, (doc. 8), to which plaintiff filed an objection, (doc. 9). Brown's Objection addresses, albeit obliquely, the Magistrate Judge's determination that she failed to state any retaliation claim under Title VII of the Civil Rights Act of 1964 because her report of another employee's sexual harassment of a non-employee third party was not "protected activity." (See doc. 8, pp. 7—9.) Charitably construed, she asserts her employer's internal anti-harassment policy precludes retaliation for any report of harassment. (Doc. 9, pp. 2, 5.) That argument does not even challenge, much less rebut, the Magistrate Judge's conclusion that reports of harassment such as those alleged in Brown's Amended Complaint cannot support a Title VII retaliation claim. Whether or not Brown's reports of alleged sexual harassment were protected by her employer's policies or not, such conduct "(while reprehensible) is not an 'employment practice made unlawful' by Title VII." Edwards v. Ambient Healthcare of Ga., Inc., 674 F. App'x 926, 930 (11th Cir. 2017) (internal quotation marks and citations omitted).

As in <u>Edwards</u>, Brown has not pointed to any authority "that an employee's discrimination against a third party is an unlawful employment practice under Title VII <u>or that opposition to such conduct constitutes protected activity under Title VII</u>."  <u>Id.</u> (emphasis added).   Thus, her objection to the Magistrate Judge's conclusion that she has failed to state any Title VII retaliation claim upon which relief can be granted fails.

Accordingly, Plaintiff's Objection is **OVERRULED**, (doc. 9), and the Court **ADOPTS** the Report and Recommendation as its opinion, (doc. 8.)  Plaintiff's Amended Complaint is **DISMISSED**.  (Doc. 7.)  The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 4th day of November, 2025.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA